IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00509-CMA-MJW

MONICA J. WOZNICKI,

Plaintiff(s),

v.

GILPIN COUNTY, COLORADO, by and through the GILPIN COUNTY BOARD OF COMMISSIONERS, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED Plaintiff's Unopposed Motion to Stay this Proceeding (docket no. 9) is GRANTED as follows. This case is STAYED until July 9, 2010. The Rule 16 Scheduling Conference that is set on May 21, 2010, at 8:30 a.m. is VACATED.

It is FURTHER ORDERED that a Rule 16 Scheduling Conference will be held on August 5, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date: May 13, 2010