IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-00509-CMA-MJW

MONICA J. WOZNICKI,

    Plaintiff,

v.

GILPIN COUNTY, COLORADO, by and through the
GILPIN COUNTY BOARD OF COMMISSIONERS;
COMMISSIONER FORREST WHITMAN, in his official
    capacity as a County Commissioner;
COMMISSIONER JEANNE NICHOLSON, in her official
    capacity as a County Commissioner;
COMMISSIONER BUDDY SCHMALZ, in his official
    capacity as a County Commissioner;
BRUCE HARTMAN, Sheriff, in his
    official capacity;
JON BAYNE, individually;
JANEEN LUST, individually; and
SHARON MOON, individually;

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Docket No 14)

---

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint. The Court being fully advised in the foregoing,

ORDERS that the Unopposed Motion for Leave to Amend Complaint is GRANTED and the Court directs the *Second Amended Complaint*, attached as Ex. 1 to the Unopposed Motion for Leave to Amend Complaint, is accepted for filing and the caption shall be changed to reflect the Defendants named in the Second Amended Complaint.

DATED this 14th day of July, 2010.

BY THE COURT:

*(signature)*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO