IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00509-CMA-MJW

MONICA J. WOZNICKI,

    Plaintiff,

v.

GILPIN COUNTY, COLORADO, by and through the
GILPIN COUNTY BOARD OF COMMISSIONERS,
FORREST WHITMAN, in his official capacity as a County Commissioner,
JEANNE NICHOLSON, in her official capacity as a County Commissioner,
BUDDY SCHMALZ, in his official capacity as a County Commissioner,
BRUCE HARTMAN, Sheriff, in his official capacity,
JON BAYNE, individually,
JANEEN LUST, individually, and
SHARON MOON, individually,

    Defendants.

---

**ORDER ADOPTING AND APPROVING STIPULATION REGARDING
BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY**

---

    This matter is before the Court on the parties' Joint Motion To Adopt and Approve Stipulation Regarding Board of County Commissioners of Gilpin County (Doc. # 20). The Court being fully advised, hereby

    ORDERS that the Joint Motion is GRANTED and the Court adopts and incorporates herein the Stipulation Regarding Board of County Commissioners of Gilpin County as an Order of this Court.

    DATED: July  29 , 2010        BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge