**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00509-CMA-MJW

MONICA J. WOZNICKI,

    Plaintiff,

v.

GILPIN COUNTY, COLORADO, by and through the
GILPIN COUNTY BOARD OF COMMISSIONERS,
JON BAYNE, individually,
JANEEN LUST, individually, and
SHARON MOON, individually,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Stipulated Motion for Dismissal With Prejudice (Doc. # 32). The Court having considered Motion for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney fees.

DATED: November __30__, 2010

                                        BY THE COURT:

                                        _/s/ Christine M. Arguello_
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge